# United States Court of Appeals for the Federal Circuit

---

February 7, 2025

**ERRATA**

---

Appeal No. 2023-1389

**WUHAN HEALTHGEN BIOTECHNOLOGY CORP.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**VENTRIA BIOSCIENCE INC.,**
*Intervenor*

---

Decided: February 7, 2025
Precedential Opinion

---

Please make the following change:

Page 6, line 12, "noninfringement" is changed to "infringement."